# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 13, 2005

128341 & (39)(45)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

RICHARD JEFFREY KINT,
　　　　Defendant-Appellant.

SC: 128341
COA: 251147
Jackson CC: 03-001724-FH

_____/

　　　　On order of the Court, the application for leave to appeal the February 15, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to amend application and the motion for miscellaneous relief are also considered and they are DENIED.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 13, 2005

_____
Clerk

s1006